IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00976-RPM

JANUS BALANCED FUND;
JANUS GLOBAL LIFE SCIENCES FUND;
JANUS RESEARCH CORE FUND;
INTECH U.S. CORE FUND;
INTECH US LARGE CAP GROWTH FUND LLC;
INTECH US ENHANCED PLUS FUND LLC;
JANUS ADVISER BALANCED FUND;
JANUS ADVISER RESEARCH CORE FUND;
JANUS ADVISER INTECH RISK-MANAGED CORE FUND LLC;
ASPEN BALANCED PORTFOLIO;
JCF GLOBAL LIFE SCIENCES FUND;
JCF US BALANCED FUND;
JCF US RESEARCH FUND; and
JCF INTECH US RISK-MANAGED CORE FUND,

      Plaintiffs,

v.

MERCK & CO., INC.;
EDWARD M. SCOLNICK;
ALISE S. REICIN;
RAYMOND V. GILMARTIN;
PETER S. KIM;
JUDY C. LEWENT;
KENNETH C. FRAZIER;
RICHARD C. HENRIQUES;
DAVID W. ANSTICE; and
PER WOLD-OLSEN,

      Defendants.

_____

ORDER OF RECUSAL
_____

      Because my wife holds stock in defendant Merck & Co, Inc., there is a

disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

ORDERED  that the Clerk of the Court shall reassign this civil action.

DATED:   April 7th, 2014

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge